# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA LOFTIS,<br><br>    Plaintiff<br><br>v.<br><br>INSTANT BRANDS, LLC, et al.,<br><br>    Defendants | Case No.: 2:24-cv-00583-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Vanessa Loftis's certificate of interested parties (ECF No. 7) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the plaintiff's citizenship as required by the amendment to that rule.

I FURTHER ORDER thee plaintiff to file a proper certificate of interested parties by April 19, 2024.

DATED this 8th day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE