# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| VANESSA LOFTIS, | Case No.: 2:24-cv-00583-APG-NJK |
|---|---|
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| INSTANT BRANDS, LLC, et al., | |
| Defendants | |

In light of plaintiff Vanessa Loftis's response to the order to show cause (ECF No. 12), I ORDER that the order to show cause (ECF No. 6) is satisfied and I will not dismiss this action for lack of subject matter jurisdiction at this time.

DATED this 22nd day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE